IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00147-BNB

ERNESTO BARRAGAN,

Applicant,

v.

THE UNITED STATES OF AMERICA IMMIGRATION AND CUSTOMS ENFORCEMENT,

Respondent.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 21 2008

GREGORY C. LANGHAM
CLERK

## ORDER OF DISMISSAL

Applicant Ernesto Barragan is a prisoner in the custody of the Colorado Department of Corrections (DOC) and currently is incarcerated at the Huerfano County Correctional Center in Walsenburg, Colorado. Mr. Barragan has filed a *pro se* Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 challenging an immigration detainer filed against him by the Department of Homeland Security, Bureau of Immigration and Customs Enforcement. On February 25, 2008, Magistrate Judge Boyd N. Boland ordered Mr. Barragan to show cause why the Application should not be denied because he is not in custody for the purposes of the immigration claims he is raising in this action. On March 5, 2008, Mr. Barragan filed a Response to the February 25, 2008, Order.

The Court must construe the Application and the Response liberally because Mr. Barragan is a *pro se* litigant *See Barragan v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the Court should not

act as a *pro se* litigant's advocate. **See Hall**, 935 F.2d at 1110. For the reasons stated below, the Court will deny the Application and dismiss the action.

As noted above, Mr. Barragan is challenging an immigration detainer filed against him. In the Response, Applicant states that he seeks to have the status of his deportation resolved prior to his parole hearing, which will be held in June 2008. Mr. Barragan also asserts that resolution of his ability to remain in the United States is necessary to present an acceptable parole plan to the Colorado Board of Parole. He is not challenging in this action the validity of either his conviction or his sentence.

Pursuant to 28 U.S.C. § 2241(c), Mr. Barragan may assert his immigration claims against Respondent only if he is in the custody of Respondent. The fact that Respondent has issued a detainer is not sufficient by itself to satisfy the custody requirement. **See Galaviz-Medina v. Wooten**, 27 F.3d 487, 493 (10th Cir. 1994).

Therefore, because Mr. Barragan fails to demonstrate that he is in Respondent's custody, the instant action must be dismissed. Accordingly, it is

ORDERED that the Application is denied and the action is dismissed.

DATED at Denver, Colorado, this 20 day of _March_, 2008.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-00147-BNB

Ernesto Barragan
Prisoner No. 125987
Huerfano County Corr. Center
304 Ray Sandoval Street
Walsenburg, CO 81089

I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 3/21/08

GREGORY C. LANGHAM, CLERK

By: _____
    Deputy Clerk